

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00076-CV

**IN RE J.D.R.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02916
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, we assess no costs of this appeal.

SIGNED July 13, 2016.

_____
Luz Elena D. Chapa, Justice